**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6063**

---

STEVEN LEVON SWINT,

                                        Petitioner - Appellant,

        versus

JOSEPH BROOKS,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (CA-04-341)

---

Submitted:  April 28, 2005              Decided:  May 6, 2005

---

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven Levon Swint, Appellant Pro Se.   Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven L. Swint appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Swint v. Brooks</u>, No. CA-04-341 (E.D. Va. Dec. 7, 2004). We dispense with oral argument because the facts and legal issues are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>